ELLEN M. MAHAN
Deputy Chief,
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice

KARL J. FINGERHOOD
Trial Attorney (PA Bar ID No. 63260)
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-7519
Fax: (202) 514-0097

karl.fingerhood@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
(Eastern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY<br><br>Defendant. | Civil No. EDCV13-00074-VAP (OPx)<br><br>AMENDED NOTICE OF LODGING OF CONSENT DECREE AND REQUEST THAT THE COURT TAKE NO ACTION UNTIL A MOTION FOR ENTRY IS FILED |

The United States of America ("United States"), by authority of the Attorney General of the United States and through the undersigned attorneys, lodged a proposed Consent Decree in the above-referenced matter on January 10, 2013. The proposed Consent Decree lodged on the 10th was missing a page, included an erroneous page, and was missing an exhibit. The proposed Consent Decree attached hereto corrects those errors. On January 10, 2013, Plaintiff United States of America ("United States"), on behalf of the United States Department of the Interior ("DOI"), filed a complaint in this matter pursuant to Sections 106, 107, and 113 of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. §§ 9606, 9607, and 9613 against the Defendant. The complaint filed by the United States seeks recovery of environmental response costs incurred and to be incurred in the future by DOI related to the release or

threatened release and/or disposal of hazardous substances at or from the Pacific Gas & Electric Company Topock Compressor Station Site ("Site"), located near Needles, San Bernadino County, California.  The Complaint also seeks an injunction requiring the Defendant to perform the work required to be implemented in DOI's Groundwater Record of Decision ("Groundwater ROD") for the Site, dated January 20, 2011.

The proposed Consent Decree requires the Defendant to pay the United States costs at the Site and to implement the work required in DOI's Groundwater ROD.  In exchange, the proposed Consent Decree provides a covenant not to sue and contribution protection with respect to the costs paid and the work done under the Consent Decree.

The proposed Consent Decree is subject to a 30-day public notice and comment period.  Pursuant to Paragraph 106 of the proposed Consent Decree, and 28 C.F.R. § 50.7, the public will have 30 days in which to submit comments to the United States Department of Justice on the proposed Consent Decree.  The 30-day period will begin on the date notice of the lodging of the proposed Consent Decree is published in the Federal Register.  After the 30-day public comment period has expired, the United States will inform the Court of any public comments received and any responses thereto.  If, after reviewing the public comments, the Environment and Natural Resources Division of the United States Department of Justice concludes that the proposed Consent Decree should be entered, the United States will seek its entry as a final order of the Court.  Because of the public comment period, we respectfully request that the Court not execute the proposed Consent Decree at this time.

//

//

WHEREFORE, plaintiff respectfully requests that this Court receive the proposed Consent Decree for lodging only, and that it refrain from acting upon the same until the period for public comment has expired and the United States has moved for entry of the proposed Consent Decree.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

ELLEN M. MAHAN
Deputy Chief, Environmental Enforcement Section,
Environment and Natural Resources Division
U.S. Department of Justice

Date: 1/14/13          /s/ Karl J. Fingerhood
KARL J. FINGERHOOD
Trial Attorney,
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on JANUARY 10, 2013 a true and correct copy of the NOTICE OF LODGING CONSENT DECREE AND REQUEST THAT THE COURT TAKE NO ACTION UNTIL A MOTION FOR ENTRY IS FILED was caused to be served upon the parties through the ECF System.

                                                      /s/ Karl J. Fingerhood
                                         KARL J. FINGERHOOD