1  LATHAM & WATKINS LLP
2    Andrea M. Hogan (SBN 238209)
  505 Montgomery Street, Suite 2000
3    San Francisco, California 94111
  Telephone: (415) 391-0600
4    Facsimile: (415) 395-8095
  Email: andrea.hogan@lw.com
5
6  Attorneys for Defendant
  PACIFIC GAS & ELECTRIC COMPANY
7
8
9               UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11                    EASTERN DIVISION
12
13 UNITED STATES OF AMERICA,     CASE NO. EDCV 13-00074-VAP (OPx)
14          Plaintiff,
15    v.                         **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT PACIFIC GAS & ELECTRIC COMPANY**
16 PACIFIC GAS & ELECTRIC COMPANY
17          Defendant.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. EDCV 13-00074-VAP (OPx)
NOTICE OF APPEARANCE OF COUNSEL FOR
DEF. PACIFIC GAS & ELECTRIC COMPANY

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**
2  **RECORD:**
3      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of
4  record in the above-captioned case on behalf of Defendant PACIFIC GAS &
5  ELECTRIC COMPANY and requests that all notices, orders and/or other
6  information in this case be served upon the individual below:

    Andrea M. Hogan
    LATHAM & WATKINS LLP
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Telephone:  (415) 391-0600
    Facsimile:   (415) 395-8095
    Email:  andrea.hogan@lw.com

Dated:  January 22, 2013                Respectfully Submitted,

                                               LATHAM & WATKINS LLP
                                                 Andrea M. Hogan

                                                 By  */s/ Andrea M. Hogan*
                                                     Andrea M. Hogan
                                                     Attorneys for Defendant
                                                     PACIFIC GAS & ELECTRIC
                                                     COMPANY

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. EDCV 13-00074-VAP (OPx)
NOTICE OF APPEARANCE OF COUNSEL FOR
DEF. PACIFIC GAS & ELECTRIC COMPANY

## **CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that on JANUARY 22, 2013 a true and correct copy of the NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT PACIFIC GAS & ELECTRIC COMPANY was caused to be served upon the parties through the ECF System.

                                          */s/ Andrea M. Hogan*
                                          Andrea M. Hogan

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. EDCV 13-00074-VAP (OPx)
NOTICE OF APPEARANCE OF COUNSEL FOR
DEF. PACIFIC GAS & ELECTRIC COMPANY

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On January 22, 2013, I served the following document described as:

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT
PACIFIC GAS & ELECTRIC COMPANY**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Ignacia S Moreno
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
PO Box 663
Washington, DC 20044-0663

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 22, 2013 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　/s/ Martha Huston
　　　　　　　　　　　　　　　　　　　　Martha Huston

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. EDCV 13-00074-VAP (OPx)
NOTICE OF APPEARANCE OF COUNSEL FOR
DEF. PACIFIC GAS & ELECTRIC COMPANY