UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAY - 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

In the Matter of the Creation of the Calendar )
)
) ORDER OF THE CHIEF JUDGE
of )
)
) 13-072
Judge BEVERLY REID O'CONNELL )
)

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Beverly Reid O'Connell,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Virgina A. Phillips to the calendar of Judge Beverly Reid O'Connell:

| Case Number | Case Name |
|---|---|
| CV 12 05157 VAP(RNB) | Hollins Tizeno v. Leland McEwen |
| ED 09 02107 VAP(JC) | Michael Brock v. Larry Small |
| ED 11 01578 VAP(SPx) | Eric Steinmann et al v. ZTE Corporation et al |
| ED 12 01089 VAP(SPx) | Jossie Ramos et al v. Gary Swatzell et al |
| ED 12 01276 VAP(SPx) | Ana Santos et al v. Richard Kyle Schneider et al |
| ED 13 00017 VAP(DTBx) | Brian Rubrecht v. Lowes HIW Inc et al |
| ✳ ED 13 00074 VAP(OPx) | United States of America v. Pacific Gas & Electric Company |
| ED 13 00197 VAP(SPx) | State Farm Life Insurance Company v. Marsha Esswein et al |
| ED 13 00214 VAP(SPx) | Timothy Pavloff v. Ashley Distribution Services LTD et al |
| ED 13 00243 VAP(DTBx) | Louis Carroll v. Ocrperformance et al |
| ED 13 00344 VAP(DTBx) | Jeffrey Dongvillo v. Law Offices of Tracy H Ettinghoff et al |
| ED 13 00385 VAP(OPx) | Cecil Shaw v. Farhad Fred Mohammadi et al |

DATED: May 2, 2013

George H. King
Chief United States District Judge